1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MIGUEL E. DIAZ,                    No. CIV S-04-2375 MCE JFM P

12          Plaintiff,

13     v.                             ORDER

14  STATE OF CALIFORNIA, ET AL.,

15          Defendants.
    _____/

16

17      Plaintiff, a state prisoner proceeding pro se, has filed

18  this civil rights action seeking relief under 42 U.S.C. § 1983.

19  The matter was referred to a United States Magistrate Judge

20  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21  262.

22      On March 31, 2005, the magistrate judge filed findings and

23  recommendations herein which were served on all parties and which

24  contained notice to all parties that any objections to the

25  findings and recommendations were to be filed within twenty days.

26  ///

                                    1

Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed March 31, 2005 are adopted in full;

2.  Plaintiff's November 15, 2004, November 23, 2004, February 18, 2005 and March 10, 2005 motions for temporary restraining order and injunctive relief be denied;

3.  Plaintiff's December 23, 2004 request for pre-judgment injunction be denied; and

4.  Plaintiff's December 23, 2004 motion for the appointment of a special master be denied.

DATE: May 10, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE