IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL E. DIAZ,

      Plaintiff,                      No. CIV S-04-2375 MCE JFM P

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.               ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed September 20, 2005, plaintiff was granted thirty days in which to file a second amended complaint. On October 4, 2005, plaintiff filed a document styled "Motion for <u>EMERGENCY</u> Injunctive and Declaratory Relief."[1] As plaintiff was advised in the September 20, 2005 order, the court will not entertain any motion for injunctive relief unless and until plaintiff has filed a proper complaint on which this action can proceed. Plaintiff's motion will be denied without prejudice.

---

[1] On the same day, plaintiff filed an addendum thereto requesting, <u>inter alia</u>, a hearing on October 30, 2005 and appointment of a special master. Plaintiff's prior request for appointment of a special master was denied by order filed May 10, 2005 and nothing in the record supports the renewed request. The renewed request for appointment of a special master and for a hearing will be denied.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's October 4, 2005 motion for injunctive relief is denied without prejudice; and

2. Plaintiff's October 4, 2005 request for hearing and for appointment of a special master is denied.

DATED: October 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
diaz2375.o