UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| MIGUEL E. DIAZ,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>    Defendants - Appellees. | No. 05-17400<br>D.C. No. CV-04-02375-MCE<br><br><br>**ORDER** |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith      [✓]

Explanation: _____

_____

_____

_____

                                 Judge
                          United States District Court

                        Date: 1/25/06