IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL E. DIAZ,

    Plaintiff,                              No. CIV S-04-2375 MCE JFM P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                        <u>ORDER</u>

                                  /

        Plaintiff has filed his second request for an extension of time to file and serve a second amended complaint pursuant to the court's order of October 26, 2005.  Good cause appearing, the request will be granted.

        Plaintiff has also requested a court order requiring prison officials to provide him with additional access to the prison law library.  Citing <u>Lewis v. Casey</u>, 518 U.S. 343 (1996), plaintiff contends that he will suffer "actual injury" to his right of court access if prison officials do not provide him with additional time in the law library because he will be unable to meet court deadlines set in this and two other actions pending in the United States District Court for the Northern District of California.

        As noted above, this court will grant plaintiff an additional period in which to file a second amended complaint.  Plaintiff will not suffer "actual injury" in this action to his right of

1  court access in the absence of the requested court order.  Plaintiff's motion for court-ordered
2  access to the law library will therefore be denied.
3        In accordance with the above, IT IS HEREBY ORDERED that:
4        1.  Plaintiff's December 5, 2005 request for an extension of time is granted;
5        2.  Plaintiff is granted thirty days from the date of this order to file a second
6  amended complaint; and
7        3.  Plaintiff's December 5, 2005 motion for court-ordered access to the prison law
8  library is denied.
9  DATED:  February 6, 2006.

                /s/ John F. Moulds
                UNITED STATES MAGISTRATE JUDGE

12/mp
diaz2375.36sec