IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL E. DIAZ,

    Plaintiff,               No. CIV S-04-2375 MCE JFM P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.          ORDER

_____/

    Plaintiff has filed his second request for an extension of time to file a second amended complaint pursuant to the court's order of February 6, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

    IT IS HEREBY ORDERED that:

    1. Plaintiff's March 6, 2006 request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint. No further extensions of time will be granted.

DATED: March 15, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp;diaz2375.36sec(2)