IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL E. DIAZ,

        Plaintiff,                          No. CIV S-04-2375 MCE JFM P

    vs.

STATE OF CALIFORNIA, et al.,

        Defendants.                  ORDER TO SHOW CAUSE

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed February 23, 2007, the Attorney General of the State of California or his designee was ordered to report to the court, within twenty days, on the status of plaintiff's access to insulin and such other care as medically necessary for management of his diabetes. (Id.) The Clerk of the Court was directed to serve a copy of plaintiff's November 8, 2006 motion for preliminary injunction on Constance Picciano, Deputy Attorney General. (Id.) The electronic filing records reflect that Ms. Picciano was electronically served with both the order and the motion. To date, neither Ms. Picciano nor any other Attorney General has responded to the court's order. Accordingly, Ms. Picciano will be ordered to show cause, within fifteen days, why sanctions should not be ordered for the failure to respond to the February 23, 2007 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Constance Picciano, Deputy Attorney General, shall show cause, if any she may have, why sanctions should not be imposed for the failure to respond to this court's February 23, 2007 order.

2. The Clerk of the Court is directed to serve a copy of this order on Ms. Picciano.

DATED: March 23, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001
diaz2375.san