IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL E. DIAZ,

        Plaintiff,                        No. CIV S-04-2375 MCE JFM P

    vs.

STATE OF CALIFORNIA, et al.,

        Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On March 26, 2007, this court ordered Constance Picciano to show cause why sanctions should not be imposed for her failure to respond to this court's February 23, 2007 order requiring the Attorney General of the State of California or his designee to report to the court the status of plaintiff's access to insulin and such other care as medically necessary for management of his diabetes.  On March 27, 2007, an Attorney General responded on Ms. Picciano's behalf and sought an extension of time in which to respond.  Good cause appearing, the order to show cause will be discharged.

        On April 5, 2007, plaintiff filed an opposition to the request for extension of time in which to respond.  In addition, plaintiff documented several incidents where particular diabetic inmates have passed out and declares, under penalty of perjury, that he is often denied insulin or required to choose between insulin and eating his meal.  Plaintiff also contends that white non-

1

1 diabetic inmates are not subjected to these denials of insulin. Plaintiff also provided a
2 declaration by inmate Harmon, who is also diabetic, who confirmed he has lost consciousness
3 due to low blood sugar caused by being released late for insulin treatments. (Id., Ex. A.) Mr.
4 Harmon confirms he was required to eat first or not eat, then when he received his insulin, his
5 blood sugar was too high. (Id.) Mr. Harmon also contends minority diabetics are treated
6 differently. (Id.) "This is an on-going problem with the 'alleged' 'PLATA' officers." (Id.)

7 Good cause appearing, the court has forwarded pertinent filings to the receiver
8 and plaintiff Plata's counsel in Plata v. Schwarzenegger, Case No. CIV S-01-1351 THE (N.D.
9 Cal.) and requested their assistance.[1] Given the urgent nature of the circumstances alleged by
10 plaintiff, the court will grant the Attorney General a brief extension of time in which to respond
11 to the court's February 23, 2007 order. The Clerk of the Court will be directed to serve a copy of
12 this order on Phillip L. Arthur, Deputy Attorney General (Phillip.Arthur@doj.ca.gov).

13 Accordingly, IT IS HEREBY ORDERED that:

14 1. The March 26, 2007 order to show cause is discharged.

15 2. Phillip L. Arthur shall respond to this court's February 23, 2007 order on or
16 before close of business on Wednesday, April 11, 2007.

17 3. The Clerk of the Court is directed to serve a copy of this order on Phillip L.
18 Arthur, Deputy Attorney General.

19 DATED: April 6, 2007.

UNITED STATES MAGISTRATE JUDGE

23 /001
24 diaz2375.dsc

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).