IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL E. DIAZ,

    Plaintiff,                    No. CIV S-04-2375 MCE JFM P

  vs.

STATE OF CALIFORNIA, et al.,

    Defendants.             <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a complaint pursuant to 42 U.S.C. § 1983. By order filed February 23, 2007, plaintiff's second amended complaint was dismissed and plaintiff was granted thirty days to file a third amended complaint. On that same date the Office of the Attorney General was directed to address the status of plaintiff's access to insulin and other medical care. In light of the extension of time recently granted the Attorney General, as well as the status of this case, plaintiff will be granted an additional period of time in which to file his third amended complaint.

      IT IS HEREBY ORDERED that plaintiff is granted sixty days from the date of this order in which to file a third amended complaint.

DATED: April 12, 2007.

UNITED STATES MAGISTRATE JUDGE

001; diaz2375.36(3)