IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL E. DIAZ,

      Plaintiff,                    No. CIV S-04-2375 MCE JFM P

    vs.

STATE OF CALIFORNIA, et al.,

      Defendants.           FINDINGS & RECOMMENDATIONS

_____/

      By order filed February 23, 2007, plaintiff's second amended complaint was dismissed and thirty days leave to file a third amended complaint was granted. On April 12, 2007, plaintiff was granted an additional sixty days in which to file a third amended complaint. That sixty day period has now expired and plaintiff has not filed a third amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 | Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2 | specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
3 | F.2d 1153 (9th Cir. 1991).
4 | DATED: July 3, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

001
diaz2375.fta2