# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL E. DIAZ,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>    Defendants - Appellees. | No. 07-16553<br>D.C. No. CV-04-02375-MCE<br><br><br>**ORDER** |

**FILED**

OCT 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFOR
BY _____
        DEPUTY CLERK

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✓]

Explanation: _____

_____

_____

_____
Judge
United States District Court

Date: 10-2-2007